# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRE WITHERSPOON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-2503 and 4D19-2689

[October 22, 2020]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case Nos. 502017CF011340A and 502016CF010088A.

Michael Salnick of Law Offices of Salnick & Fuchs PA, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER, and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***